IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN and JACQUES KRANCE, | ) ) ) | 4:09CV3044 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| CITY OF OMAHA CONVENTION HOTEL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 39) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

February 4, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge